NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WORD TO INFO, INC.,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK INC.,**
*Defendant-Appellee*

_____

2017-1431

_____

Appeal from the United States District Court for the Northern District of California in No. 3:15-cv-03485-WHO, Judge William H. Orrick, III.

_____

**JUDGMENT**

_____

MICHAEL D. SAUNDERS, Farney Daniels, PC, San Mateo, CA, argued for plaintiff-appellant. Also represented by JONATHAN DANIEL BAKER; STEVEN R. DANIELS, WILLIAM BRYAN FARNEY, Georgetown, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by LOWELL D. MEAD, MARK R. WEINSTEIN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 8, 2017          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court